EDWARD B. GELLER, ESQ., P.C.
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

July 3, 2019

Hon. Tonianne J. Bongiovanni
United States District Court
District of New Jersey
402 East State Street
Trenton, NJ   08608

Re: Case No. 3:19-cv-06308
    Yehuda Farkas v. JP Morgan Chase

Dear Judge Bongiovanni:

I am Of Counsel to M. Harvey Rephen & Associates, P.C., attorneys for Plaintiff Yehuda Farkas in the above matter.

I am pleased to report that a settlement in principle has been reached between the parties of all outstanding issues between them.   We are requesting that the Court issue a 60 day Order to allow the parties time to prepare, circulate and execute the necessary settlement documents and stay all upcoming deadlines.

Thank you for your consideration and attention to this matter.

Very truly yours,

Edward B. Geller, Esq.
EBG/pw