SILLS CUMMIS & GROSS, P.C.
Tyler J. Kandel, Esq.
Lauren C. Watson, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Tel. No: (973) 643-7000
*Attorneys for Defendant*
*Chase Bank USA, N.A*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| YEHUDA FARKAS,<br><br>        Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & CO.,<br><br>        Defendant. | Civil Action No.: 3:19-cv-06308-MAS-TJB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiff, Yehuda Farkas ("Farkas"), and for defendant, Chase Bank, USA, N.A., incorrectly named herein as JP Morgan Chase and Co., that all claims set forth in the Complaint, dated February 7, 2019 and filed on February 20, 2019, as against Chase shall be, and hereby are, dismissed with prejudice and without costs.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts, and facsimile signatures shall be deemed originals hereof.

Dated: Newark, New Jersey
August 7, 2019

M. HARVEY REPHEN & ASSOCIATES

By: _____
Edward B. Geller
15 Landing Way
Bronx, New York 10464
(914) 473-6783
*Attorneys for Plaintiff*
*Yehuda Farkas*

SILLS CUMMIS & GROSS, P.C.

By: _____
Lauren C. Watson
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000
*Attorneys for Defendant*
*Chase Bank USA, N.A.*

\* This order supersedes the Stipulation and Order (ECF No. 13),

**SO ORDERED:**

_____
Michael A. Shipp, U.S.D.J.

2